IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _w__ D.C.

05 SEP -1 PM 5: 08

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                           NO. 02-20235-Ma
                                                  02-20335-Ma

DARRELL LASHUN AUSTIN,

   Defendant.

---

ORDER RESETTING RE-SENTENCING DATE

---

Before the court is the defendant's August 30, 2005, motion to reset the re-sentencing of Darrell Lashun Austin, which is presently set for September 1, 2005. For good cause shown, the motion is granted. The sentencing of defendant Darrell Lashun Austin is **reset to Wednesday, October 5, 2005, at 9:00 a.m.**

It is so ORDERED this 31st day of August, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __9-9-05__

78

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 78 in case 2:02-CR-20235 was distributed by fax, mail, or direct printing on September 9, 2005 to the parties listed.

---

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT