FILED BY ___ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 OCT -4  PM 1:53

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA,

VS.                                                NO. 02-20235-Ma
                                                       02-20335-Ma

DARREL LASHUN AUSTIN,

    Defendant.

---

### ORDER RESETTING RE-SENTENCING DATE

---

Before the court is the defendant's September 28, 2005, motion to reset the re-sentencing of Darrell Lashun Austin, which is presently set for October 5, 2005.  For good cause shown, the motion is granted.  The re-sentencing of defendant Darrell Lashun Austin is **reset to Wednesday, November 2, 2005, at 9:00 a.m.**

It is so ORDERED this **3d** day of October, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ___10·6·05___

83

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 83 in
case 2:02-CR-20235 was distributed by fax, mail, or direct printing on
October 6, 2005 to the parties listed.

---

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT