IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.  NO. 02-20235-Ma

DARRELL LASHUN AUSTIN,

    Defendant.

---

### ORDER ALLOWING EXTENSION OF TIME WITHIN WHICH TO FILE NOTICE OF APPEAL

Before the court is defendant's December 1, 2005, motion requesting additional time within which to file a notice of appeal. For good cause shown, the motion is granted and defendant is allowed an additional thirty (30) days to and including December 7, 2005, within which to file his notice of appeal.

It is so ORDERED this 2d day of December, 2005.

    SAMUEL H. MAYS, JR.
    UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 12-9-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 93 in case 2:02-CR-20235 was distributed by fax, mail, or direct printing on December 9, 2005 to the parties listed.

---

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT